1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

OCT 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK



5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF:  )   S.W. NO. 2:12-0683 EFB
                                     )
12                                   )
    3707 E. Miner Avenue             )   ORDER RE: REQUEST TO UNSEAL
13  Stockton, California             )   SEARCH WARRANT AND SEARCH
                                     )   WARRANT AFFIDAVIT
14                                   )
                                     )
15                                   )
                                     )
16                                   )
    _____ )
17

18       Upon application of the United States of America and good cause

19  having been shown,

20       IT IS HEREBY ORDERED that the search warrant and search warrant

21  affidavit in the above-captioned proceeding be and are hereby

22  unsealed.

23  Date: 10/17, 2012

24                              _____
                                United States Magistrate Judge
25                              EDMUND F. BRENNAN

26

27

28

                                  1